NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE EMC CORPORATION, DECHO CORPORATION, AND IOMEGA CORPORATION, *Petitioners.*

---

Miscellaneous Docket No. 100

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 10-CV-435, Judge Michael H. Schneider.

---

**ON MOTION**

---

**O R D E R**

Pro Softnet Corporation moves to withdraw Mary-Christine Sungaila as counsel of record for Pro Softnet Corporation.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to withdraw as counsel is granted. New counsel should promptly file an entry of appearance as principal counsel.

FOR THE COURT

DEC 1 4 2011                /s/ Jan Horbaly
Date                        Jan Horbaly
                           Clerk

cc:   Chris R. Ottenweller, Esq.
      Matthew B. Lowrie, Esq.
      Brian W. LaCorte, Esq.
      Shamita Etienne-Cummings, Esq.
      John M. Desmarais, Esq.
      Mary-Christine Sungaila, Esq.
      Frederick S. Berretta, Esq.
      Matthew D. McGill, Esq.
      Elizabeth Rogers Brannen, Esq.
      Clerk, United States District Court For The Eastern District Of Texas

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 4 2011

JAN HORBALY
CLERK